IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

_____

UNITED STATES OF AMERICA
and
NEW MEXICO ENVIRONMENT DEPARTMENT,

Plaintiffs,

v.                                                                                          Civil No.

MEWBOURNE OIL COMPANY,

Defendant.

_____

**NOTICE OF LODGING OF**
**PROPOSED CONSENT DECREE**

Plaintiff United States has lodged with the Clerk of the Court a proposed settlement for this matter, in the form of a Consent Decree (Attachment A hereto). The proposed Consent Decree would, if entered by the Court, resolve the claims brought by the United States, on behalf of the U.S. Environmental Protection Agency ("the United States"), and the New Mexico Environment Department against Defendant Mewbourne Oil Company.

Pursuant to United States Department of Justice policy, before seeking entry of the Decree, the United States must publish a notice of the Consent Decree in the Federal Register upon lodging it with the Court and must allow 30 days for public comment on the Decree. Publication of notice of the proposed settlement is being arranged. The public will be given at least 30 days within which to submit any comment on the proposed Decree. After the close of the comment period, the United States will evaluate any comments received, determine whether any comments disclose facts or considerations which indicate that the proposed Consent Decree is inappropriate, inadequate, or improper, and then advise the Court whether the proposed

Consent Decree should be entered. The Consent Decree provisions regarding this procedure are set forth in Paragraph 150 of the Consent Decree.

**Accordingly, the United States respectfully requests that the Court not sign and enter the Consent Decree until such time as the United States files a motion for entry of the Decree.**

Respectfully submitted,

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

*Nicole Veilleux*
_____
NICOLE VEILLEUX
Senior Counsel
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611, Benjamin Franklin Station
Washington, DC 20044-7611
(202) 616-8746
nicole.veilleux@usdoj.gov
Attorney for Plaintiff United States of America


ALEXANDER M.M. UBALLEZ
United States Attorney


RUTH F. KEEGAN
Assistant United States Attorney
District of New Mexico
P.O. Box 607
Albuquerque, NM 87103
Phone: 505.224.1470
Mobile: 505.206.4197
Fax: 505.346.7296
Ruth.F.Keegan@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2023, I electronically filed the COMPLAINT and NOTICE OF LODGING OF PROPOSED CONSENT DECREE using the ECF System for filing.

I hereby further certify that on this same date I caused to be served the COMPLAINT and NOTICE OF LODGING OF PROPOSED CONSENT DECREE by U.S. first class mail on the following attorneys at the following addresses:

Patrick Traylor
Vinson & Elkins
2200 Pennsylvania Ave., NW
Suite 500 West
Washington, DC 20037

Christopher Vigil
New Mexico Environment Department
121 Tijeras Avenue, NE, Suite 1000
Albuquerque, NM 87102

*s/ Nicole Veilleux*
Nicole Veilleux