UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, and THE NEW MEXICO ENVIRONMENT DEPARTMENT<br><br>Plaintiffs,<br><br>v.<br><br>MEWBOURNE OIL COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CA No. 23-cv-00654 KWR/JMR<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING MOTION TO ENTER CONSENT DECREE**

Upon consideration of the Plaintiffs' Unopposed Motion to Enter the Consent Decree, the Court finds that the Consent Decree is fair, reasonable, in the public interest, and consistent with the statutory purposes, and hereby GRANTS the Motion.

It is hereby ORDERED that the Consent Decree lodged by the United States on August 8, 2023 (ECF No. 2-1), shall be signed and entered as the final judgment in this action.

**SO ORDERED this 6th day of October, 2023.**

KEA W. RIGGS
United States District Judge